UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60252-CIV-COHN/WHITE

TOMMY YESBICK, et al.,

    Plaintiffs,

v.

AL LAMBERTI, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 12] ("Report") of Magistrate Judge Patrick A. White concerning Plaintiffs' Complaint Under 42 U.S.C. § 1983 [DE 1]. Although the Court extended the deadline for filing objections to the Report, see DE 19, no objections have been filed within the allowed time.

The Magistrate Judge noted that while the *pro se* Complaint in this action is signed by Plaintiff Tommy Yesbick, it also purports to assert claims on behalf of two other incarcerated Plaintiffs. Based on circuit precedent barring prisoners from joining in a single civil action in order to share the mandatory filing fee, see Hubbard v. Haley, 262 F.3d 1194 (11th Cir. 2001), the Magistrate Judge determined that Plaintiffs' joint Complaint here was impermissible. Further, the Magistrate Judge rejected Yesbick's suggestion that the case should proceed as a class action, finding that Yesbick had not met the prerequisites for class certification. See Fed. R. Civ. P. 23. The Magistrate Judge therefore recommended that this action be dismissed in its entirety, without prejudice to each Plaintiff filing a new individual Complaint, along with either (1) the full

$350.00 filing fee or (2) an individual motion to proceed *in forma pauperis* accompanied by a supporting financial affidavit. See 28 U.S.C. § 1915. Although no timely objections have been filed, the Court has conducted a *de novo* review of the Report and Recommendation and agrees with the reasoning, analysis, and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 12] is hereby **ADOPTED**;

2. The above-styled action is hereby **DISMISSED** without prejudice to each Plaintiff filing a new individual Complaint, along with either the full filing fee or a properly supported motion to proceed *in forma pauperis*; and

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of July, 2012.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Tommy Yesbick, *pro se* (Via CM/ECF Mail)
644284
Martin Correctional Institution
Inmate Mail/Parcels
1150 SW Allapattah Road
Indiantown, FL  34956